In re Estate of Olive M. Campbell, Deceased.
Irving B. Campbell et al., Appellants, v. Arthur W.
Jones, Individually and as Executor, Appellee.

Gen. No. 9,443.

opinion filed October 26, 1944; released for publication November 21, 1944. Irving B. Campbell, for appellants; Harry I. Hannah and Thomas R. Figenbaum, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.

Bertha Gale et al., Appellants, v. Ethel Heckman Roberts, Appellee.

Gen. No. 9,420.

opinion filed October 26, 1944; released for publication November 21, 1944. Dwight H. Doss, for appellants; Weilepp & Wilson, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.